**Marian MARSHALL, Plaintiff–Appellant,**

v.

**Gary COMPHER, Defendant–Appellee.**

No. 08–1342.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 4, 2008.

Marian Marshall, Appellant Pro Se. Daniel Joseph O'Brien, Jr., Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marian Marshall appeals the district court's order granting Gary Compher's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marshall v. Compher,* No. 1:07–cv–02394–AMD (D.Md. Mar. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*